764

No. 439. SALT RIVER VALLEY WATER USERS' ASSOCIATION *v.* REYNOLDS ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edwin D. Green* for petitioner. *Mr. R. G. Langmade* for respondents.

No. 441. GUSS *v.* LASTRAP, ADMINISTRATRIX, ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bernard A. Golding* for petitioner.

No. 442. ROSENSWEIG ET AL. *v.* UNITED STATES. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John W. Preston* for petitioners. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for the United States.

No. 443. INTERCOUNTY OPERATING CORP. ET AL. *v.* COUNTY OF NASSAU. November 6, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Harry Mesard* and *Morris Rochman* for petitioners. *Mr. Milton Pinkus* for respondent.

No. 451. CITY NATIONAL BANK, & TRUST CO., TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Morrison Shafroth, W. W. Grant,* and *Henry W. Toll* for petitioner. *Solicitor General Fahy, Assistant Attorney Gen-*